AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

RECEIVED
USDC CLERK, COLUMBIA, S.C.

2025 MAR 27  AM 11: 51

)
)
Kyron Shakeel Suaso )
_____Petitioner_____ )
)              1:25-cv-01421-BHH-SVH
)              ~~2:25-cv-02692-JFA-MGB~~
v.             )
)              Case No. _____
)                       (Supplied by Clerk of Court)
)
)
Department of Homeland Security )
_____Respondent_____ )
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Kyron Shakeel Suaso
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: Folkston ICE Detention Center
    (b) Address: 3026 Hwy 252, P.O. Box 248, Folkston GA. 31537
    (c) Your identification number: A-248002589
3.  Are you currently being held on orders by:
    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:
    Department of Homeland Security ICE
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
    ☑ Being held on an immigration charge
    ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☒ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Stewart Immigration Court, Lumpkin GA._
   (b) Docket number, case number, or opinion number: _A 243002589_
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _Mandatory Detention, Continued Detention_

   (d) Date of the decision or action: _September 10, 2024_

   ### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _Board of Immigration Appeal_
      (2) Date of filing: _02/20/2025_ _01/10/2025_
      (3) Docket number, case number, or opinion number: _A 243-002-589._
      (4) Result: _Appeal Rejected_
      (5) Date of result: _02/04/2025_
      (6) Issues raised: _Required fee, filed in incorrect form, No form EOIR-27_

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *This is the 2nd Appeal to the higher court with subject matter jurisdiction.*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: *This is the higher court with subject matter jurisdiction.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: This is an immigration case. I am alleging that I am illegally detained in immigration custody. There is no conviction or sentencing.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes    ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: September 10, 2024
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

☒ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: 01/10/2025
(2) Case number: A 243-002-589
(3) Result: Rejected
(4) Date of result: 02/04/2025
(5) Issues raised: Required fees, filed in incorrect form. The mandatory detention of petitioner is unconstitutional as the immigration court is acting with an abuse of discretion. The facts and evidence for confinement are inconsistent and the immigration judge erred in considering the actual evidential facts of the case.

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Complaint of Civil Rights Violation
(b) Name of the authority, agency, or court: US District Court for the District of South Carolina
(c) Date of filing: 03/11/2025
(d) Docket number, case number, or opinion number: 1:25-CV-01421-BHH-SVH
(e) Result: Pending
(f) Date of result: 03/11/2025
(g) Issues raised: Pending white criminal charges

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Fact of Confinement

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The arrest was unlawful and illegal originally. There was no probable cause for a stop, search or seizure. Arrival in immigration custody is a result of inconsistent facts by the government. The NTA was defective in its originality.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** Length of Confinement

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
There is no reason for mandatory detention. There is no conviction. There is no aggravated felony or claims against petitioner.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: In the interest of fairness and justice, I pray for Immediate Release.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/25/25

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

JESSICA BARNETTE
MY COMMISSION #HH233598
EXPIRES: FEB 27, 2026
Bonded through 1st State Insurance

3/25/25